IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLIE DUKE and RONNIE L.
MAXEY                                                                                            PLAINTIFFS

VS.                                        Case No. 05-4044

DOMTAR a/k/a Domtar Industries, Inc.
a/k/a Domtar A. W. Corp.                                                                  DEFENDANT

## ORDER

Before the Court is Defendant Domtar's Motions for Summary Judgment. (Docs. 8 and 11.) Plaintiffs Charlie Duke and Ronnie L. Maxey have responded. (Docs. 15 and 23) The Court held a hearing on the motions on June 28, 2006. For reasons discussed in the Memorandum Opinion of even date, the Court finds the motions should be and hereby are **granted.** The Court finds Plaintiffs' claims against Defendant should be and hereby are dismissed with prejudice.

IT IS SO ORDERED, this 3rd day of August, 2006.

        /s/ Harry F. Barnes
        Hon. Harry F. Barnes
        U.S. District Court